# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CLOUDOFCHANGE, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-01102-ADA |
| | § | |
| LIGHTSPEED POS INC., LIGHTSPEED POS INC., CLOUDOFCHANGE, LLC | § | |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, September 25, 2023 at 09:00 AM**.

IT IS SO ORDERED this 17th day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE