UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CLOUDOFCHANGE, LLC | § § | |
| vs. | § § | NO:  WA:21-CV-01102-ADA |
| LIGHTSPEED POS INC., LIGHTSPEED POS INC., CLOUDOFCHANGE, LLC | § § | |

**ORDER RESETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE**

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for a Video Conference to discuss voir dire protocol with the Honorable Judge Derek T. Gilliland on Thursday, September 14, 2023 at 10:00 AM. The conference will be conducted by video at:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

and will be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is reset before the undersigned for Friday, September 22, 2023 at 9:00 AM in District Courtroom #2, in the United States Courthouse, 800 Franklin Ave., Waco, TX 76701.

**SIGNED** this 30th day of August, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE