IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CloudofChange, LLC, § <br> § <br> Plaintiff, § <br> § Civil Action No. 6:21-cv-01102-ADA <br> vs. § <br> § JURY TRIAL DEMANDED <br> Lightspeed POS Inc., § <br> § <br> Defendant. § | |

## JOINT MOTION TO DISMISS

Plaintiff CloudofChange, LLC ("Plaintiff") and Defendant Lightspeed POS Inc. ("Defendant") (collectively, the "Parties") jointly move the Court to dismiss the action in view of the Judgment issued by the United States Court of Appeals of the Federal Circuit in Cause Nos. 2024-1446, 2024-1448, and 2024-1547, affirming Patent Trial and Appeal Board's Final Written Decisions in Nos. IPR2022- 00779, IPR2022-00997, IPR2022-01143, IPR2023-00232, IPR2023-00287, IPR2023-00288.

NOW, THEREFORE, the Parties respectfully request that the Court dismiss this action *with prejudice*.

January 5, 2026                                            Respectfully submitted,

By: /s/ *John A. Yates*                                    By: /s/ *Joseph D. Gray*

John A. Yates                                              Joseph D. Gray
Attorney In Charge                                         Texas Bar No. 24045970
Texas Bar No. 24056569                                     jgray@sgbfirm.com
jyates@pattersonsheridan.com
                                                           Tecuan Flores
B. Todd Patterson                                          Texas Bar No. 24084569
Texas Bar No. 00789537                                     tflores@sgbfirm.com
tpatterson@pattersonsheridan.com
                                                           Darryl Adams
Kyrie Kimber Cameron                                       Texas Bar No. 00796101
Texas Bar No. 24097450                                     dadams@sgbfirm.com

1

| | |
|---|---|
| kcameron@pattersonsheridan.com | |
| | Truman H. Fenton |
| Patterson + Sheridan, LLP | Texas Bar No. 24059742 |
| 24 Greenway Plaza, Suite 1600 | tfenton@sgbfirm.com |
| Houston, Texas 77046 | |
| (Tel): 713-623-4844 | Valerie Baker |
| (Fax): 713-623-4846 | Texas Bar No. 24087141 |
| | vbarker@sgbfirm.com |
| Craig V. Depew | |
| Texas Bar No. 05655820 | Slayden Grubert Beard PLLC |
| cdepew@pattersonsheridan.com | 401 Congress Ave., Suite 1650 |
| | Austin, TX 78701 |
| Patterson + Sheridan, LLP | (Tel): 512.402.3550 |
| 729 Washington Ave., Suite 200 | (Fax): 512.402.6865 |
| Waco, Texas 76701 | |
| (Tel): 254-777-5248 | David N. Deaconson |
| (Fax): 877-777-8071 | Texas Bar No. 05673400 |
| | deaconson@pakislaw.com |
| ATTORNEYS FOR PLAINTIFF | |
| | Pakis, Giotes, Burleson & Deaconson, P.C. |
| | 400 Austin Avenue |
| | Waco, Texas 76703-0058 |
| | (Tel): 254.297.7300 |
| | (Fax): 254.297.7301 |
| | |
| | ATTORNEY FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other counsel of record.

              /s/ *John A. Yates*
              John A. Yates

## CERTIFICATE OF CONFERENCE

I certify that on December 30, 2025, counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

              /s/ *John A. Yates*
              John A. Yates